UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA CHESHIER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>　　　　Defendant. | No. 1:14-cv-01265-GEB-SKO<br><br>**ORDER** |
| CARL WOODRUFF and PENNY WOODRUFF,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>　　　　Defendant. | No. 2:14-cv-01890-GEB-SKO |
| JENNIFER NELSON-DEVLIN, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>　　　　Defendant. | No. 2:14-cv-02811-KJM-EFB |

| | |
|---|---|
| RACHEL ANNE BEN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, an Indiana corporation, <br><br> Defendant. | No. 2:14-cv-02914-MCE-AC |

The Notices of Related Cases concerning the above-captioned cases, filed April 22, 2015, and May 5, 2015, (ECF Nos. 31 and 32), have been considered. <u>See</u> E.D. Cal. R. 123. However, in light of the different and numerous plaintiffs involved in Case Nos. 2:14-cv-02811 and 2:14-cv-02914 ("the later-filed cases"), the different procedural posture of the later-filed cases compared to Case Nos. 1:14-cv-1265 and 2:14-cv-01890 (the earlier filed cases are fully scheduled and have a trial commencement date), and the addition of factual allegations and legal theories in the later-filed cases, Defendant has not shown that assignment of the later-filed cases to the undersigned judge is likely to effect a substantial saving of judicial effort. Therefore, the undersigned judge declines to order reassignment of the later-filed cases.

Dated: May 15, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge